## IN THE SUPREME COURT OF THE STATE OF NEVADA

BLU MAGIC MUSIC, LLC, A NEVADA LIMITED LIABILITY COMPANY; JAMAL RASHID; MALLY MALL MUSIC, LLC; AND FUTURE MUSIC LLC,

Appellants,

vs.

DAVID MANZOOR, P/K/A "KING DAVID", AN INDIVIDUAL ALSO D/B/A MMG, LLC, AN UNINCORPORATED, AN UNREGISTERED ENTITY,

Respondent.

No. 70917

FILED

MAR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

BLU MAGIC MUSIC, LLC, A NEVADA LIMITED LIABILITY COMPANY; JAMAL RASHID, MALLY MALL MUSIC, LLC; AND FUTURE MUSIC LLC,

Appellants,

vs.

DAVID MANZOOR, P/K/A "KING DAVID", AN INDIVIDUAL, ALSO, D/B/A MMG, LLC, AN UNINCORPORATED, UNREGISTERED ENTITY,

Respondent.

No. 71347

## ORDER DISMISSING APPEALS

Docket No. 70917 is an appeal from a "Final Judgment in Favor of David Manzoor" and Docket No. 71347 is an appeal from a judgment for attorney fees and costs. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

On November 14, 2016, the clerk of this court issued a notice directing appellants in Docket No. 71347 to file and serve the docketing statement by November 30, 2016. The notice cautioned that failure to file

17-08543

the docketing statement could result in the imposition of sanctions. *See* NRAP 14(c). On November 18, 2016, we entered an order consolidating these appeals and directing appellants to file and serve a transcript request form, or certificate that no transcript is to be requested, by December 5, 2016. We also directed appellants to file and serve their opening brief and appendix by February 16, 2017. Appellants failed to file the docketing statement and transcript request form. On December 16, 2016, respondent filed a motion to dismiss these appeals based, in part, on appellants' failure to file those documents. Although appellants were served with the motion, to date, appellants have not filed an opposition, filed the docketing statement and transcript request form, or otherwise communicated with this court.[1] Additionally, the opening brief and appendix are now overdue. Under these circumstances, we grant the unopposed motion, *see also* NRAP 9(a)(7), 14(c), 31(d)(1), and

ORDER these appeals DISMISSED.[2]



_____, J.
Hardesty

_____, J.        _____, J.
Parraguirre                                    Stiglich

---

[1]We note that appellants filed an opposition to a motion to dismiss the appeal in Docket No. 70917, based on different grounds, 16 days prior to the instant motion.

[2]Given this order, we take no action on respondent's motion to dismiss the appeal in Docket No. 70917 for failure to serve the notice of appeal, or the instant motion to dismiss to the extent it seeks to dismiss the appeals for lack of standing.

cc: Hon. Eric Johnson, District Judge
Ara H. Shirinian, Settlement Judge
Mark R. Smith
Holland & Hart LLP/Las Vegas
Eighth District Court Clerk